UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ACV FSD FREMONT, LP, et al.,<br><br>   Defendants. | Case No. 20-cv-07258-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR A FAILURE TO PROSECUTE** |

Plaintiff filed this Americans with Disabilities Act access case on October 16, 2020 and Defendants answered on November 20, 2020. Under General Order 56, which governs this case, no later than 60 days after service of the complaint the parties were required to conduct a joint site inspection. GO 56 ¶ 7. No more than 35 days following the joint site inspection, the parties were required to hold a settlement meeting. *Id.* ¶ 8. If the case did not resolve, then within 42 days of the joint site inspection or settlement meeting—whichever occurs first—the parties were required to file either a Notice of Settlement or a Notice of Need for Mediation and Certification of Counsel. *Id.* ¶ 9. The docket in this case, however, does not reflect *any* activity since December 9, 2020. Accordingly, on June 29, 2021, the Court ordered Plaintiff to file a status update on or before July 13, 2021. (Dkt. No. 14.) As of the date of this Order, Plaintiff has not filed the ordered status update nor otherwise communicated with the Court.

Plaintiff is therefore ordered to show cause as to why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute the action and follow court orders. Plaintiff shall file response on or before July 29, 2021. Plaintiff is warned that a failure to file a response or to show good cause will result in dismissal of the action for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 22, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge